

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ISABEL G. BAEZA, Individually and d/b/a BAEZA'S TRUCKING, | § | No. 08-14-00186-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 143rd District Court |
| | § | |
| | | of Reeves County, Texas |
| HECTOR'S TIRE & WRECKER SERVICE, INC., | § | (TC 13-08-20450-CVR) |
| | § | |
| Appellee. | | |

## S U P P L E M E N T A L   O P I N I O N

In our opinion dated July 31, 2015, we suggested a remittitur of $2,615.39 of the actual damages awarded to Appellee Hector's Tire & Wrecker Service, Inc. We stated that if the remittitur were filed by Appellee within fifteen days of the date of the opinion, we would modify the judgment with respect to the damages awarded and affirm as modified.

On August 5, 2015, Appellee timely filed its consent to the suggestion of remittitur and asked the Court to modify the trial court's judgment consistent with our opinion and judgment in this matter. Accordingly, we vacate our judgment, but not our opinion, dated July 31, 2015, and modify the trial court's judgment with respect to the damages awarded to reflect the remittitur of $2,615.39. The trial court's judgment is modified to award Appellee $7,284.86 in actual damages. *See* TEX. R. APP. P. 46.3. As modified, we affirm the trial court's judgment. This

Court's opinion of July 31, 2015, otherwise remains in effect.

STEVEN L. HUGHES, Justice

August 7, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.